| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Richard D. Kappe and Karen A. Kappe,<br><br>               Debtors. | Case No.: 17-18087 (MBK)<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Richard D. Kappe, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 4/02/22

Debtor's Signature: *[signed] Richard D. Kappe*

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*