**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard D. Kappe | Social Security number or ITIN  xxx–xx–2884 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Karen A. Kappe | Social Security number or ITIN  xxx–xx–5994 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:   17–18087–MBK

## Order of Discharge                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard D. Kappe                    Karen A. Kappe

6/2/22                    **By the court:** <u>Michael B. Kaplan</u>
                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                 Case No. 17-18087-MBK
Richard D. Kappe                                                       Chapter 13
Karen A. Kappe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Jun 02, 2022      Form ID: 3180W      Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Richard D. Kappe, Karen A. Kappe, 184 Topside Rd, Manahawkin, NJ 08050-1618 |
| cr | + | Seterus, Inc., as authorized sub-servicer for Fede, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 516779558 | ++++ | ADVANCED RADIOLOGY SOLUTIONS, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Advanced Radiology Solutions, PO Box 6750, Portsmouth, NH 03802-6750 |
| 516779559 | | Barclays Bank Delaware, Attn: Capital Management Services, LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 516779562 | + | Barnabas Health Medical Group, 368 Lakehurst Rd #301, Toms River, NJ 08755-7339 |
| 516779561 | | Barnabas Health Medical Group, Attn: Apex, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516779565 | | Capital One, N.A., Attn: Credit Control, LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042-2429 |
| 516779566 | | Cardionet, Inc., Attn: BYL, PO Box 101928, Birmingham, AL 35210-6928 |
| 516779570 | | Citi, Attn: JH Portfolio Debt Equities, LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 516779571 | | Citibank, Attn: ARS National Services Inc., PO Box 3005, Phoenixville, PA 19460-0920 |
| 516779574 | | Citibank, N.A., Attm: ARS National Services Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 516779573 | | Citibank, N.A., Attn: Credit Control, LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 516779572 | + | Citibank, N.A., Attn: MCM, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 516779575 | | Citibank, NA, Attn: ARS National Services, Inc., PO Box 3005, Phoenixville, PA 19460-0920 |
| 519017979 | + | Citigroup Mortgage Loan Trust 2020-RP1, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519017980 | + | Citigroup Mortgage Loan Trust 2020-RP1, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Citigroup Mortgage Loan Trust 2020-RP1 Serviced by Select Portfolio Servicing, |
| 516779577 | | Community Emergency Medical Assoc, PO Box 6081, Parsippany, NJ 07054-7081 |
| 516779579 | | Community Medical Center, PO Box 64437, Saint Paul, MN 55164-0437 |
| 516779578 | | Community Medical Center, Attn: IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 516779581 | | Falck, 3710 Commerce Dr, Baltimore, MD 21227-1653 |
| 516779582 | | Home Depot, Attn: Capital Management Services, LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 516779583 | | Jefferson University Physicians, PO Box 40089, Philadelphia, PA 19106-0089 |
| 516779584 | | Kohls Department Stores, Inc., Attn: Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 516779586 | + | Koka Cardiology, 125 S 9th St, Philadelphia, PA 19107-5123 |
| 516779587 | | Lowes, Attn: Global Credit Collection Corp, PO Box 129, Linden, MI 48451-0129 |
| 516779588 | | Medical Radiology Groupa, PA, PO Box 11268, Lancaster, PA 17605-1268 |
| 516779589 | | NJ Hematology Oncology Assoc., Attn: Transworld Systems Inc., PO Box 15618, Wilmington, DE 19850-5618 |
| 516780576 | | Nicholas Kappe, 184 Topside Rd, Manahawkin, NJ 08050-1618 |
| 516779590 | | Novacare, 4716 Gettysburg Rd, Mechanicsburg, PA 17055-4325 |
| 516779591 | | Olivia T. Ortiz, M.D. P.A., 1163 Route 37 W, Toms River, NJ 08755-4973 |
| 516779595 | | Shore Neurology PA, Attn: Summit A-R, PO Box 131, Champlin, MN 55316-0131 |
| 517065327 | | Southern Ocean City Hospital, Att: CCCB, POB 1750, Whitehouse Station, NJ 08889-1750 |
| 516779596 | | Southern Ocean County Hospita, Attn: Certified Credit & Collection Bure, PO Box 336 Box 336, Raritan, NJ 08869-0336 |
| 516779597 | | Southern Ocean Medical Center, Attn: Trans-Continental, PO Box 5055, White Plains, NY 10602-5055 |
| 516779598 | | Synchrony Bank, Attn: Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: 3180W | Total Noticed: 65 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516779560 | Email/Text: ebn@rwjbh.org | Jun 02 2022 20:48:00 | Barnabas Health, PO Box 903, Oceanport, NJ 07757-0903 |
| 516779563 | EDI: CITICORP.COM | Jun 03 2022 00:43:00 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516779564 | Email/Text: cms-bk@cms-collect.com | Jun 02 2022 20:47:00 | Capital Management Services, LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 516948804 | Email/PDF: bncnotices@becket-lee.com | Jun 02 2022 20:53:15 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516779567 | EDI: RMSC.COM | Jun 03 2022 00:43:00 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 516779576 | EDI: CITICORP.COM | Jun 03 2022 00:43:00 | Citicards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516779580 | EDI: DISCOVER.COM | Jun 03 2022 00:43:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 516789654 | EDI: DISCOVER.COM | Jun 03 2022 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516779568 | EDI: JPMORGANCHASE | Jun 03 2022 00:43:00 | Chase Card Services, PO Box 15123, Wilmington, DE 19850-5123 |
| 516779569 | EDI: JPMORGANCHASE | Jun 03 2022 00:43:00 | Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 516779585 | Email/Text: PBNCNotifications@peritusservices.com | Jun 02 2022 20:47:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 516923961 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2022 20:53:24 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517057779 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2022 20:53:24 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517032419 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2022 20:47:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516779601 | Email/Text: ClaimsHelp@Mohela.com | Jun 02 2022 20:47:00 | US Department of Education, PO Box 105347, Atlanta, GA 30348-5347 |
| 518297206 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 02 2022 20:47:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O Box 619096, Dallas, TX 75261-9096 |
| 518297205 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 02 2022 20:47:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O Box 619096, Dallas, TX 75261-9096 |
| 517064483 | EDI: PRA.COM | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517063758 | EDI: PRA.COM | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |
| 517064484 | EDI: PRA.COM | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517065574 | | EDI: PRA.COM | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516779592 | | EDI: RMSC.COM | Jun 03 2022 00:43:00 | Qcard, Attn: Advanced Call Center Tech, PO Box 9091, Gray, TN 37615-9091 |
| 516902396 | | EDI: Q3G.COM | Jun 03 2022 00:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516779594 | | EDI: CITICORP.COM | Jun 03 2022 00:43:00 | Shell, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516781275 | + | EDI: RMSC.COM | Jun 03 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516779600 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 02 2022 20:47:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 516779599 | | EDI: CITICORP.COM | Jun 03 2022 00:43:00 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517016777 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 02 2022 20:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516779593 | ## | Seterus, PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Citigroup Mortgage Loan Trust 2020-RP1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Seterus Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America cmecf@sternlav.com |
| John Michael McDonnell | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 02, 2022 | Form ID: 3180W | Total Noticed: 65 |

|  |  |
|---|---|
| | on behalf of Debtor Richard D. Kappe jmcdonnell@mchfirm.com |
| John Michael McDonnell | |
| | on behalf of Joint Debtor Karen A. Kappe jmcdonnell@mchfirm.com |
| Melissa N. Licker | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7